OPINION — AG — **** SCHOOL BOARD — AFFINITY RELATIONSHIP **** SINCE THE MARRIAGE OF A SCHOOL BOARD MEMBER'S DAUGHTER TO A SCHOOL BOARD MEMBER'S NEPHEW IS NOT A RELATIONSHIP OF AFFINITY OR CONSANGUINITY OF THE BOARD MEMBERS, BOTH MAY LEGALLY SERVE ON A BOARD OF EDUCATION SIMULTANEOUSLY WITHOUT VIOLATING THE PROVISIONS OF 70 O.S. 1971 5-113 [70-5-113] (NATHAN J. GIGGER)